UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | |
|---|---|
| NML CAPITAL, LTD. | 08 Civ. 6978 (TPG) |
| | 09 Civ. 1707 (TPG) |
| Plaintiff, | 09 Civ. 1708 (TPG) |
| v. | |
| REPUBLIC OF ARGENTINA, | |
| Defendant. | |

--------------------------------------------------------x

### PLAINTIFF'S NOTICE OF MOTION
### FOR PARTIAL SUMMARY JUDGMENT AND FOR INJUNCTIVE RELIEF
### PURSUANT TO THE EQUAL TREATMENT PROVISION

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Robert A. Cohen, dated October 18, 2010, the Declaration of Hal S. Scott, dated October 19, 2010, the Declaration of Elliot Greenberg dated October 18, 2010 the Statement of Material Facts, all attached exhibits, and the accompanying Memorandum of Law, Plaintiff NML Capital, Ltd. ("NML") will move before the Honorable Thomas P Griesa, United States District Judge for the Southern District of New York, United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a date and time to be determined by this Court, for an Order specifically enforcing the Equal Treatment Provision of the Fiscal Agency Agreement and pursuant to Fed R. Civ. P. 65 enjoining the Republic of Argentina ("Argentina") from violating that provision and for such other relief as this Court deems just and proper; and

13878892.1.LITIGATION

**NOTICE IS FURTHER GIVEN** that Argentina's response to this Motion, if any, shall be served within fourteen (14) days after service hereof, on counsel for NML: Robert A. Cohen, Dechert LLP, 1095 Avenue of the Americas, New York, NY 10036-6797.

Dated: New York, New York
October 20, 2010

Theodore B. Olson
(tolson@gibsondunn.com)
Matthew D. McGill
(mmcgill@gibsondunn.com)
Jason J. Mendro
(jmendro@gibsondunn.com)
GIBSON, DUNN & CRUTCHER LLP
1060 Connecticut Avenue, N.W.
Washington, DC  20036-5306
(202) 955-8500

Respectfully submitted,

By: /s/ Robert A. Cohen
Robert A. Cohen
(robert.cohen@dechert.com)
Charles I. Poret
(charles.poret@dechert.com)
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036-6797
Telephone: (212) 698-3500
Facsimile: (215) 698-3599
Attorneys for
Plaintiff NML Capital, Ltd.