UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
NML CAPITAL, LTD.,

                Plaintiff,

                - against -

THE REPUBLIC OF ARGENTINA,

                Defendant.
------------------------------------------------------------- X

09 Civ. 1707 (TPG)

**NOTICE OF APPEAL**

        Notice is hereby given that the Republic of Argentina (the "Republic"), defendant in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order entered in this action on September 2, 2011 granting plaintiff's Motions to Compel Bank of America and Banco de la Nación Argentina to comply with its subpoenas and overruling the Republic's motion to quash and objections to the subpoenas.

Dated: New York, New York
       September 30, 2011

                CLEARY GOTTLIEB STEEN & HAMILTON LLP

                By: _____
                    Jonathan I. Blackman (jblackman@cgsh.com)
                    Carmine D. Boccuzzi (cboccuzzi@cgsh.com)
                    Christopher P. Moore (cmoore@cgsh.com)

One Liberty Plaza
New York, New York 10006
(212) 225-2000

Attorneys for the Republic of Argentina