USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

NML CAPITAL, LTD.,

                      Plaintiff,

      - against -

THE REPUBLIC OF ARGENTINA,

                      Defendant.

No. 08 Civ. 6978 (TPG)
No. 09 Civ. 1707 (TPG)
No. 09 Civ. 1708 (TPG)

------------------------------------------------------------x

AURELIUS CAPITAL MASTER, LTD. and
ACP MASTER, LTD.,

                      Plaintiffs,

      - against -

THE REPUBLIC OF ARGENTINA,

                      Defendant.

No. 09 Civ. 8757 (TPG)
No. 09 Civ. 10620 (TPG)

------------------------------------------------------------x

AURELIUS OPPORTUNITIES FUND II, LLC
and AURELIUS CAPITAL MASTER, LTD.,

                      Plaintiffs,

      - against -

THE REPUBLIC OF ARGENTINA,

                      Defendant.

No. 10 Civ. 1602 (TPG)
No. 10 Civ. 3507 (TPG)

*(captions continue on following pages)*

------------------------------------------------------------x

**[PROPOSED] ORDER PURSUANT TO FRCP 62(C)**

```
-------------------------------------------------------- x
AURELIUS CAPITAL MASTER, LTD. and                       :
AURELIUS OPPORTUNITIES FUND II, LLC,                    :
                                                        :   No. 10 Civ. 3970 (TPG)
                                  Plaintiffs,           :   No. 10 Civ. 8339 (TPG)
                                                        :
            - against -                                 :
                                                        :
THE REPUBLIC OF ARGENTINA,                              :
                                                        :
                                  Defendant.            :
                                                        :
-------------------------------------------------------- x
                                                        :
BLUE ANGEL CAPITAL I LLC,                               :
                                                        :   No. 10 Civ. 4101 (TPG)
                                  Plaintiff,            :   No. 10 Civ. 4782 (TPG)
                                                        :
            - against -                                 :
                                                        :
THE REPUBLIC OF ARGENTINA,                              :
                                                        :
                                  Defendant.            :
-------------------------------------------------------- x
                                                        :
PABLO ALBERTO VARELA, et al.,                           :
                                                        :   No. 10 Civ. 5338 (TPG)
                                  Plaintiffs,           :
                                                        :
            - against -                                 :
                                                        :
THE REPUBLIC OF ARGENTINA,                              :
                                                        :
                                  Defendant.            :
                                                        :
--------------------------------------------------------x
```

```
------------------------------------------------------------- x
                                                              :
OLIFANT FUND, LTD.,                                           :
                                                              :  No. 10 Civ. 9587 (TPG)
                                      Plaintiff,              :
                                                              :
              - against -                                     :
                                                              :
THE REPUBLIC OF ARGENTINA,                                    :
                                                              :
                                      Defendant.              :
                                                              :
-------------------------------------------------------------x
```

WHEREAS, in Orders dated December 7, 2011, and December 13, 2011, this Court found that, under Paragraph 1(c) of the 1994 Fiscal Agency Agreement ("FAA"), the Republic is "required . . . at all times to rank its payment obligations pursuant to Plaintiffs' Bonds at least equally with all the Republic's other present and future unsecured and unsubordinated External Indebtedness."

WHEREAS, in its December 7, 2011 and December 13, 2011 Orders, this Court granted partial summary judgment to Plaintiffs on their claims that the Republic has breached, and continues to breach, its obligations under Paragraph 1(c) of the FAA by, among other things, "ma[king] payments currently due under the Exchange Bonds, while persisting in its refusal to satisfy its payment obligations currently due under Plaintiffs' bonds."[1]

WHEREAS, in Orders dated February 23, 2012 entered in the above-captioned actions (the "February 23, 2012 Orders"), this Court granted Plaintiffs' motion for equitable

---

[1] The "Exchange Bonds" refer to bonds or other securities issued by the Republic pursuant to its 2005 and 2010 exchange offers.

relief as a remedy for such violations of the FAA pursuant to Rule 65(d) of the Federal Rules of Civil Procedure and the Court's inherent equitable powers.[2]

And WHEREAS the Republic intends to appeal the February 23, 2012 Orders and all underlying and/or associated orders to the U.S. Court of Appeals for the Second Circuit, and has moved for a stay of the February 23, 2012 Orders during the pendency of such appeal,

It is HEREBY ORDERED that:

1. Pursuant to Rule 62(c) of the Federal Rules of Civil Procedure, the effect of the February 23, 2012 Orders is stayed until the U.S. Court of Appeals for the Second Circuit has issued its mandate disposing of the Republic's appeal of the February 23, 2012 Orders.

2. To secure Plaintiffs' rights during the pendency of the Republic's appeals of the February 23, 2012 Orders to the Second Circuit, it is ordered that the Republic shall not during the pendency of the appeal to the Second Circuit take any action to evade the directives of the February 23, 2012 Orders in the event they are affirmed, render them ineffective in the event they are affirmed, or diminish the Court's ability to supervise compliance with the February 23, 2012 Orders in the event they are affirmed, including without limitation, altering or amending the processes or specific transfer mechanisms by which it makes payments on the Exchange Bonds, without prior approval of the Court.

3. With consent of the Plaintiffs and on terms agreeable to the parties, the Republic shall file a motion in the Second Circuit requesting that the court of appeals accord the Republic's forthcoming appeal of the February 23, 2012 Orders expedited treatment in accordance with a schedule agreed upon by the parties.

---

[2] The Court granted to Olifant Fund, Ltd. the relief that it granted to the plaintiffs in the other above-captioned actions in a single order, dated February 23, 2012.

2

4.   This Court shall retain jurisdiction to monitor and enforce this ORDER, and, on notice to the parties, to modify, amend, or extend it as justice requires to achieve its equitable purposes and to account for materially changed circumstances, including any failure by the Republic to abide by Paragraph (2) herein.

Dated:   New York, New York
         March 5, 2012

_____
Thomas P. Griesa
U.S. District Judge