UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
NML CAPITAL, LTD.,                                                 :
                                                                   :
                              Plaintiff,        :        09 Civ. 1707 (TPG)
                                                                   :
                                v.                 :        **NOTICE OF APPEAL**
                                                                   :
THE REPUBLIC OF ARGENTINA,                                         :
                                                                   :
                             Defendant.        :
                                                                   :
                                                                   :
------------------------------------------------------------------ X

        Notice is hereby given that the Republic of Argentina (the "Republic"), defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Order entered in this action on September 26, 2013 granting plaintiff's motion to compel the Republic to comply with plaintiff's discovery requests and overruling the Republic's motion to quash plaintiff's subpoenas served on Citibank N.A., Deutsche Bank AG, HSBC Holdings PLC, HSBC Bank USA, N.A, JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Standard Chartered PLC, Standard Chartered Bank, UBS AG, Wells Fargo & Co., Wells Fargo Bank, N.A., BNP Paribas, and BNP Paribas Fortis, and from all underlying or associated opinions and orders.

Dated: New York, New York      CLEARY GOTTLIEB STEEN & HAMILTON LLP
       October 24, 2013

                                                By: _____
                                                Jonathan I. Blackman (jblackman@cgsh.com)
                                                Carmine D. Boccuzzi (cboccuzzi@cgsh.com)

                                      One Liberty Plaza
                                      New York, New York 10006
                                      (212) 225-2000

                                      Attorneys for the Republic of Argentina