UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
:
NML CAPITAL, LTD.,                               :        08 Civ. 6978 (TPG)
                                                 :        09 Civ. 1707 (TPG)
    Plaintiff,                                    :        09 Civ. 1708 (TPG)
                                                 :
v.                                               :
                                                 :
THE REPUBLIC OF ARGENTINA,                       :
                                                 :
    Defendant.                                    :
                                                 :
------------------------------------------------------- x
                                                 :
AURELIUS CAPITAL MASTER, LTD. and                :
ACP MASTER, LTD.,                                :        09 Civ. 8757 (TPG)
                                                 :        09 Civ. 10620 (TPG)
    Plaintiffs,                                   :
                                                 :
v.                                               :
                                                 :
THE REPUBLIC OF ARGENTINA,                       :
                                                 :
    Defendant.                                    :
                                                 :
------------------------------------------------------- x
                                                 :
AURELIUS OPPORTUNITIES FUND II, LLC              :
and AURELIUS CAPITAL MASTER, LTD.,               :        10 Civ. 1602 (TPG)
                                                 :        10 Civ. 3507 (TPG)
    Plaintiffs,                                   :
                                                 :
v.                                               :
                                                 :
THE REPUBLIC OF ARGENTINA,                       :
                                                 :
    Defendant.                                    :
                                                 :        **(captions continued on next page)**
------------------------------------------------------- x

## NOTICE OF MOTION

15286042.2.LITIGATION

```
---------------------------------------------------   :
AURELIUS CAPITAL MASTER, LTD. and                     :
AURELIUS OPPORTUNITIES FUND II,                       :   10 Civ. 3970 (TPG)
LLC,                                                  :   10 Civ. 8339 (TPG)
                                                      :
        Plaintiffs,                                   :
                                                      :
v.                                                    :
                                                      :
THE REPUBLIC OF ARGENTINA,                            :
                                                      :
        Defendant.                                    :
---------------------------------------------------   x
BLUE ANGEL CAPITAL I LLC,                             :
                                                      :
        Plaintiff,                                    :   10 Civ. 4101 (TPG)
                                                      :   10 Civ. 4782 (TPG)
v.                                                    :
                                                      :
THE REPUBLIC OF ARGENTINA,                            :
                                                      :
        Defendant.                                    :
---------------------------------------------------   x
OLIFANT FUND, LTD.,                                   :
                                                      :
        Plaintiff,                                    :   10 Civ. 9587 (TPG)
                                                      :
v.                                                    :
                                                      :
THE REPUBLIC OF ARGENTINA,                            :
                                                      :
        Defendant.                                    :
---------------------------------------------------   x
PABLO ALBERTO VARELA, et al.,                         :
                                                      :
        Plaintiff,                                    :   10 Civ. 5338 (TPG)
                                                      :
v.                                                    :
                                                      :
THE REPUBLIC OF ARGENTINA,                            :
                                                      :
        Defendant.                                    :
---------------------------------------------------   x
```

15286042.2.LITIGATION

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Dennis H. Hranitzky dated June 18, 2014, and the attached exhibits, Plaintiffs NML Capital, Ltd., Aurelius Capital Master, Ltd., Aurelius Opportunities Fund II, LLC, ACP Master, Ltd., Blue Angel Capital I LLC, Olifant Fund, Ltd., and Pablo Alberto Varela (collectively, "Plaintiffs") will move before the Honorable Thomas P. Griesa, United States District Judge for the Southern District of New York, United States Courthouse, 500 Pearl Street, New York, NY 10007, on June 18, 2014 at 2:00 p.m., or such other date and time determined by the Court, for an Order granting Plaintiffs' Motion for Order Supplementing the Amended February 23, 2012 Order and Directing Expedited Disclosure, and for such other relief as the Court deems just and proper.

Dated: New York, New York
       June 18, 2014

DECHERT LLP

By: /s/ Robert A. Cohen
Robert A. Cohen
(robert.cohen@dechert.com)
Dennis H. Hranitzky
(dennis.hranitzky@dechert.com)

1095 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 698-3500
Facsimile:  (212) 698-3599

Theodore B. Olson
(tolson@gibsondunn.com)
Matthew D. McGill
(mmcgill@gibsondunn.com)
Jason J. Mendro
(jmendro@gibsondunn.com)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5306
(202) 955-8500

*Attorneys for Plaintiff NML Capital, Ltd.*

GOODWIN PROCTER LLP

By: /s/ Robert D. Carroll
Robert D. Carroll
(rcarroll@goodwinprocter.com)

53 State Street
Boston, Massachusetts 02109
Telephone:  (617) 570-1000
Facsimile:  (617) 523-1231

*Attorneys for Plaintiff Olifant Fund, Ltd.*

FRIEDMAN KAPLAN SEILER & ADELMAN LLP

By: /s/ Edward A. Friedman
Edward A. Friedman
(efriedman@fklaw.com)
Daniel B. Rapport
(drapport@fklaw.com)

7 Times Square
New York, N.Y. 10036
Telephone:  (212) 833-1100
Facsimile:  (212) 833-1250

*Attorneys for Plaintiffs Aurelius Capital Master, Ltd., Aurelius Opportunities Fund II, LLC, ACP Master, Ltd., Blue Angel Capital I LLC*

MILBERG LLP

By: /s/ Michael C. Spencer
Michael C. Spencer
(mspencer@milberg.com)
Gary Snitow
(gsnitow@milberg.com)

One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Telephone:  (212) 594-5300
Facsimile:  (212) 868-1229

*Attorneys for Plaintiffs Pablo Alberto Varela, et al.*

15286042.2.LITIGATION