```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

NML CAPITAL, LTD.,
        Plaintiff,

- against -

THE REPUBLIC OF ARGENTINA,
        Defendant.

No. 08 Civ. 6978 (TPG)
No. 09 Civ. 1707 (TPG)
No. 09 Civ. 1708 (TPG)

------------------------------------- x

AURELIUS CAPITAL MASTER, LTD. and
ACP MASTER, LTD.,
        Plaintiffs,

- against -

THE REPUBLIC OF ARGENTINA,
        Defendant.

No. 09 Civ. 8757 (TPG)
No. 09 Civ. 10620 (TPG)

------------------------------------- x

AURELIUS OPPORTUNITIES FUND II, LLC
and AURELIUS CAPITAL MASTER, LTD.,
        Plaintiffs,

- against -

THE REPUBLIC OF ARGENTINA,
        Defendant.

No. 10 Civ. 1602 (TPG)
No. 10 Civ. 3507 (TPG)
No. 10 Civ. 3970 (TPG)
No. 10 Civ. 8339 (TPG)

------------------------------------- x

BLUE ANGEL CAPITAL I LLC,
        Plaintiff,

- against -

THE REPUBLIC OF ARGENTINA,
        Defendant.

No. 10 Civ. 4101 (TPG)
No. 10 Civ. 4782 (TPG)

------------------------------------- x   *(captions continue on following page)*

## ORDER CLARIFYING
## AMENDED FEBRUARY 23, 2012 ORDERS

```
------------------------------ x
OLIFANT FUND, LTD.,             :
              Plaintiff,        :
        - against -             :   No. 10 Civ. 9587 (TPG)
THE REPUBLIC OF ARGENTINA,      :
              Defendant.        :
------------------------------ x
PABLO ALBERTO VARELA, et al.,   :
              Plaintiffs,       :
        - against -             :   No. 10 Civ. 5338 (TPG)
THE REPUBLIC OF ARGENTINA,      :
              Defendant.        :
------------------------------ x
```

UPON consideration of Citibank, N.A.'s motion for clarification or modification, plaintiffs' opposition thereto, and all other arguments submitted to the Court in the parties' papers and at oral argument, it is hereby:

1. CLARIFIED that this Court's Amended February 23, 2012 Orders do not as a matter of law prohibit payments by Citibank, N.A.'s Argentine branch on Peso- and U.S. Dollar-denominated bonds—governed by Argentine law and payable in Argentina—that were issued by the Republic of Argentina in 2005 and 2010 to customers for whom it acts as custodian in Argentina.

Dated: June 27, 2014

_____
Hon. Thomas P. Griesa
United States District Judge

1