

**Eric A. Schaffer**
Direct Phone:  +1 412 288 4202
Email:  eschaffer@reedsmith.com

599 Lexington Avenue
New York, NY 10022-7650
Tel +1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

July 9, 2014

**Via Email and ECF**

Honorable Thomas P. Griesa
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1630
New York, NY  10007-1312

*NML Capital, Ltd. v. The Republic of Argentina,* **Nos. 08 Civ. 6978 (TPG), 09 Civ. 1707 (TPG), and 09 Civ. 1708 (TPG);** *Aurelius Capital Master, Ltd. et al. v. The Republic of Argentina,* **Nos. 09 Civ. 8757 (TPG), 09 Civ. 10620 (TPG), 10 Civ. 1602 (TPG), 10 Civ. 3507 (TPG), 10 Civ. 3970 (TPG), 10 Civ. 8339 (TPG);** *Blue Angel Capital I, LLC v. The Republic of Argentina,* **Nos. 10 Civ. 4101 (TPG), 10 Civ. 4782 (TPG);** *Pablo Alberto Varela, et al. v. The Republic of Argentina,* **No. 10 Civ. 5338 (TPG),** *Olifant Fund, Ltd. v. The Republic of Argentina,* **10 Civ. 9587 (TPG)**

Dear Judge Griesa:

We represent The Bank of New York Mellon, as Indenture Trustee (the "Trustee"), in connection with the above-captioned cases.  By letter dated July 1, 2014 (Dkt. #552), the Trustee requested until July 10, 2014 to file a motion for clarification.  The Court subsequently granted that request via email.  We have now reached an agreement with plaintiffs regarding an expedited briefing schedule for the motion, as follows:  The Trustee's motion will be filed on July 10, 2014; plaintiffs' opposition papers will be filed on July 18, 2014, and the Trustee's reply papers will be filed on July 25, 2014.  We respectfully request a hearing at the Court's earliest convenience after July 25.

We appreciate the Court's consideration of this request.

Respectfully submitted,

*/s/ Eric A. Schaffer*

Eric A. Schaffer

cc:      All counsel of record (via ECF)

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ HOUSTON
SINGAPORE ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦KAZAKHSTAN