**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                    :

NML CAPITAL, LTD.,                    08-cv-6978 (TPG)
                              :  09-cv-1707 (TPG)
         Plaintiff,            09-cv-1708 (TPG)
                              :

   -against-

                              :

THE REPUBLIC OF ARGENTINA,

                              :

        Defendant.

                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x


                              :

AURELIUS CAPITAL MASTER, LTD. and  09-cv-8757 (TPG)
ACP MASTER, LTD.,           :  09-cv-10620 (TPG)

         Plaintiffs,         :

   -against-             :

THE REPUBLIC OF ARGENTINA,     :

        Defendant.         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x   *(captions continue on following pages)*


**NOTICE OF MOTION OF NON-PARTY BANK OF NEW YORK MELLON,**
**AS INDENTURE TRUSTEE, FOR CLARIFICATION OF THE**
**AMENDED FEBRUARY 23, 2012 ORDERS**

```
                                       :
AURELIUS OPPORTUNITIES FUND II,            10-cv-1602 (TPG)
LLC and AURELIUS CAPITAL MASTER,       :   10-cv-3507 (TPG)
LTD.,
                                       :
            Plaintiffs,
                                       :
      -against-
                                       :
THE REPUBLIC OF ARGENTINA,
                                       :
            Defendant.
                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

                                       :
AURELIUS CAPITAL MASTER, LTD. and          10-cv-3970 (TPG)
AURELIUS OPPORTUNITIES FUND II,        :   10-cv-8339 (TPG)
LLC,
                                       :
            Plaintiffs,
                                       :
      -against-
                                       :
THE REPUBLIC OF ARGENTINA,
                                       :
            Defendant.
                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

                                       :
BLUE ANGEL CAPITAL I LLC,                  10-cv-4101 (TPG)
                                       :   10-cv-4782 (TPG)
            Plaintiff,
                                       :
      -against-
                                       :
THE REPUBLIC OF ARGENTINA,
                                       :
            Defendant.
                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x   (captions continue on following page)
```

<table>
<tr><td></td><td>:</td><td></td></tr>
<tr><td>PABLO ALBERTO VARELA, et al.,</td><td>:</td><td>10-cv-5338 (TPG)</td></tr>
<tr><td>Plaintiffs,</td><td>:</td><td></td></tr>
<tr><td>-against-</td><td>:</td><td></td></tr>
<tr><td>THE REPUBLIC OF ARGENTINA,</td><td>:</td><td></td></tr>
<tr><td>Defendant.</td><td>:</td><td></td></tr>
</table>

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|                                   |   |                 |
|-----------------------------------|---|-----------------|
|                                   | : |                 |
| OLIFANT FUND, LTD.,               | : | 10-cv-9587 (TPG)|
| Plaintiff,                        | : |                 |
| -against-                         | : |                 |
| THE REPUBLIC OF ARGENTINA,        | : |                 |
| Defendant.                        | : |                 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**REED SMITH LLP**
Eric A. Schaffer
C. Neil Gray
Evan K. Farber
599 Lexington Avenue
New York, NY 10022
(212) 521-5400

*Attorneys for Non-Party The Bank of New York Mellon, as Indenture Trustee*

- iii -

- 1 -

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Evan K. Farber, dated July 10, 2014, and exhibits thereto, and the accompanying Memorandum of Law, non-party The Bank of New York Mellon, as Indenture Trustee, will move this Court, before the Honorable Thomas P. Griesa, in Courtroom 26B of the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for an order clarifying this Court's Amended February 23, 2012 Orders, and for such other relief as the Court deems just and proper.

Respectfully submitted,

REED SMITH LLP

By:  */s/ Eric A. Schaffer*
     Eric A. Schaffer (ES-4615)
     C. Neil Gray (CG-9038)
     Evan K. Farber (EF-1049)
     599 Lexington Avenue
     New York, NY 10022
     (212) 521-5400

     *Attorneys for Non-Party The Bank of New York Mellon, as Indenture Trustee*

Dated: New York, New York
      July 10, 2014

- 1 -