USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/24/14_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

NML CAPITAL, LTD.,                                      :
                                                       :   08 Civ. 6978 (TPG)
                          Plaintiff,                   :   09 Civ. 1707 (TPG)
                                                       :   09 Civ. 1708 (TPG)
              v.                                        :
                                                       :
THE REPUBLIC OF ARGENTINA,                             :
                                                       :
                          Defendant.                   :
-------------------------------------------------------- x
                                                       :
AURELIUS CAPITAL MASTER, LTD. and                      :
ACP MASTER, LTD.,                                      :   09 Civ. 8757 (TPG)
                                                       :   09 Civ. 10620 (TPG)
                          Plaintiffs,                  :
                                                       :
              v.                                        :
                                                       :
THE REPUBLIC OF ARGENTINA,                             :
                                                       :
                          Defendant.                   :
                                                       :
-------------------------------------------------------- x
                                                       :
AURELIUS OPPORTUNITIES FUND II, LLC  :
and AURELIUS CAPITAL MASTER, LTD.,    :   10 Civ. 1602 (TPG)
                                                       :   10 Civ. 3507 (TPG)
                          Plaintiffs,                  :
                                                       :
              v.                                        :
                                                       :
THE REPUBLIC OF ARGENTINA,                             :
                                                       :
                          Defendant.                   :
                                                       :   **(captions continued on next page)**
-------------------------------------------------------- x

## ORDER

```
-------------------------------------------------- x
AURELIUS CAPITAL MASTER, LTD. and       :
AURELIUS OPPORTUNITIES FUND II, LLC,     :        10 Civ. 3970 (TPG)
                                         :        10 Civ. 8339 (TPG)
                    Plaintiffs,          :
                                         :
            v.                           :
                                         :
THE REPUBLIC OF ARGENTINA,               :
                                         :
                    Defendant.           :
-------------------------------------------------- x
BLUE ANGEL CAPITAL I LLC,                :
                                         :
                    Plaintiff,           :        10 Civ. 4101 (TPG)
                                         :        10 Civ. 4782 (TPG)
            v.                           :
                                         :
THE REPUBLIC OF ARGENTINA,               :
                                         :
                    Defendant.           :
-------------------------------------------------- x
OLIFANT FUND, LTD.,                      :
                                         :
                    Plaintiff,           :        10 Civ. 9587 (TPG)
                                         :
            v.                           :
                                         :
THE REPUBLIC OF ARGENTINA,               :
                                         :
                    Defendant.           :
-------------------------------------------------- x
PABLO ALBERTO VARELA, et al.,            :
                                         :
                    Plaintiff,           :        10 Civ. 5338 (TPG)
                                         :
            v.                           :
                                         :
THE REPUBLIC OF ARGENTINA,               :
                                         :
                    Defendant.           :
-------------------------------------------------- x
```

The hearing on the order to show cause listed as document number 669 in civil case number 08-CV-6978 is hereby adjourned until December 9, 2014.

SO ORDERED

Dated:   New York, New York
         October 24, 2014

Thomas P. Griesa
United States District Judge